UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BANK OF CHINA NEW YORK BRANCH,

                      Plaintiffs,

-against-

GECKO THE, INC., et al,

                      Defendant.

------------------------------------------------------------X

19 Civ. 9729 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial conference is set for December 12, 2019, at 10:30 A.M. (Dkt No. 19). It is hereby

**ORDERED** that the initial conference is adjourned to December 19, 2019, at 10:30 A.M.

Dated: December 10, 2019
       New York, New York

                                                LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE