```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X   ELECTRONICALLY FILED
                                            :   DOC #:_____
BANK OF CHINA NEW YORK BRANCH,              :   DATE FILED: 12/19/2019
                            Plaintiff,      :
                                            :       19 Civ. 9729 (LGS)
              -against-                     :
                                            :           ORDER
GECKO TECH, INC., et al,                    :
                                            :
                            Defendants.     :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial conference took place on December 19, 2019.

WHEREAS, Defendant Norman Sung Ko appeared pro se at the conference and was informed that Defendant Gecko Tech, Inc. cannot appear pro se. Mr. Ko responded that he intended to retain counsel for both himself and Gecko Tech, Inc.. It is hereby

**ORDERED** that no later than **February 3, 2020**, Defendants Gecko Tech, Inc. and Norman Sung Ko shall obtain counsel, and counsel shall appear in this matter. It is further

**ORDERED** that the time for Defendants Gecko Tech, Inc. and Ko to answer or otherwise respond to Defendant Suntrust Banks Inc.'s crossclaim is adjourned to **February 4, 2020,** and may be further adjourned upon application of counsel. It is further

ORDERED that, because Mr. Ko did not provide the Court with his address, Plaintiff shall provide Mr. Ko with a copy of this order as soon as possible.

Dated: December 19, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE