USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF CHINA, NEW YORK BRANCH<br><br>Plaintiff,<br><br>v.<br><br>GECKO TECH, INC., NORMAN SUNG KO, SUNTRUST BANKS INC. and SUNTRUST BANK<br><br>Defendants. | Case No. 19 Civ. 9729 |

## ORDER

AND NOW, this  20th  day of  December , 2019, upon consideration of Plaintiff Bank of China, New York Branch ("BOCNY")'s Motion for Leave to Deposit Funds in the registry of the Court, the accompanying memorandum of law and all other related papers and exhibits, the Court finds the motion is well-founded.

Therefore, it is ORDERED that the Motion is GRANTED and the Clerk of Court shall permit BOCNY to deposit $58,243.16 in the registry of the Court as part of BOCNY's interpleader action. It is further

ORDERED that BOCNY is fully and finally discharged from any and all further liability with respect to the funds.

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: December 20, 2019
New York, New York