UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BANK OF CHINA NEW YORK BRANCH,

                     Plaintiff,

-against-

GECKO TECH, INC., et al,

                     Defendants.
-------------------------------------------------------------X

19 Civ. 9729 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 10, 2020, counsel appeared on behalf of Defendant Gecko Tech, Inc. ECF 39;

    WHEREAS, on January 31, 2020, Gecko Tech, Inc. filed an answer to the crossclaim filed by Suntrust Banks Inc. ECF 41. It is hereby

    **ORDERED** that the parties shall file a proposed Case Management Plan and Scheduling Order by **February 12, 2020**.

Dated: February 5, 2020
       New York, New York

                              LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE