UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANK OF CHINA, NEW YORK BRANCH,

        Plaintiff,

    v.

GECKO TECH, INC., NORMAN SUNG KO, SUNTRUST BANKS INC. AND SUNTRUST BANK,

        Defendants.

ORDER AUTHORIZING INTERPLEADER DISBURSEMENT
(28 USC § 1335)

Case No. 1:19-cv-09729

---

Interpleader funds in the amount of $58,243.16, were previously ordered deposited into the Disputed Ownership Fund (DOF) in the Court Registry Investment System (CRIS) by Order dated 12/20/2019 ~~December 20, 2020.~~ The funds plus any accrued interest in the DOF in CRIS in this action shall be withdrawn and disbursed as follows:

Truist Bank
Attention: Shavala Mitchell
Mail Code: VA-RVW-6045
1001 Semmes Avenue
Richmond, VA 23224

1.    The Clerk of Court shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office.

2.    The remaining funds on deposit in the DOF in CRIS, shall disbursed as follows: Truist Bank, Attention: Shavala Mitchell, Mail Code: VA-RVW-6045, 1001 Semmes Avenue, Richmond, VA 23224

SO ORDERED

Dated: December 4, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**